An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNEY MONEY, AN INDIVIDUAL
AND AS ADMINISTRATOR FOR THE
ESTATE OF KENNETH MONEY; AND
SHERRY MONEY, AN INDIVIDUAL,
　　　　　　　　　Appellants,
　　　　vs.
BANNER HEALTH, D/B/A BANNER
CHURCHILL COMMUNITY
HOSPITAL, A FOREIGN NON-PROFIT
CORPORATION; AND WARREN P.
THAI, M.D., AN INDIVIDUAL,
　　　　　　　　　Respondents.

No. 67400

FILED

SEP 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:　Hon. Patrick Flanagan, District Judge
　　Hafter Law
　　Lemons, Grundy & Eisenberg
　　Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-28106